1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                        EASTERN DIVISION

10

11  ALBERTINA RUBALCAVA,          )   CASE NO.: **EDCV 12-1805 DTB**
                                  )
12            Plaintiff,          )   ~~[PROPOSED]~~ ORDER AWARDING
                                  )   EAJA FEES
13          v.                    )
                                  )
14  CAROLYN W. COLVIN[1],         )
    Commissioner of Social Security)
15  Administration,               )
                                  )
16            Defendant.          )
    _____ )
17  _____

18

19      Based upon the parties' Stipulation for Award and Payment of Equal Access

20  to Justice Act (EAJA) Fees ("Stipulation"),

21  / / /

22  / / /

23  / / /

24  / / /

25  _____

26      [1]Carolyn W. Colvin became the Acting commissioner of Social Security on February 14,
    2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27  be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken
    to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28  U.S.C. § 405(g).

                                      1

1    **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

2  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

3  EIGHT HUNDRED FIFTY DOLLARS and no/cents ($2,850.00), as authorized by

4  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

5

6

7  DATED: September 27, 2013

   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2